■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JEWELS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered November 9, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Rosenblatt, Lawrence and Copertino, JJ., concur.